CO-386
10/2018

# United States District Court
# For the District of Columbia

TYLER YZAGUIRRE ET AL. )
)
)
)
)
            Plaintiff )    Civil Action No. 24-cv-1828
        vs )
DISTRICT OF COLUMBIA ET AL. )
)
)
)
            Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Second Amendment Institute  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Second Amendment Institute  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ *George L. Lyon, Jr.*
Signature

388678
BAR IDENTIFICATION NO.

George L. Lyon Jr.
Print Name

4000 Legato Road, Suite 1100
Address

Fairfax, Virginia 22030
City         State         Zip Code

202-669-0442
Phone Number