# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYLER YZAGUIRRE, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2024-cv-01828-APM |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| Defendants. ) | |

## APPLICATION FOR PRELIMINARY INJUNCTION

Plaintiffs move this court to enter a preliminary injunction, enjoining Defendants from enforcing the provisions of DC Code Section 7-2502.02(a)(6). Submitted concurrently herewith is a Memorandum of Points and Authorities in support of this application and a proposed order. Counsel for Defendants has been advised about the pendency of this motion, but Counsel for Defendants have not yet responded definitively regarding their consent to entry of the requested injunction.

Dated: July 7, 2024                                                  Respectfully submitted,

*/s/ George L. Lyon, Jr.*                                            */s/ Edward M. Wenger*
George L. Lyon, Jr.                                                  Edward M. Wenger
D.C. Bar No. 388678                                                  D.C. Bar No. 1001704
Matthew J. Bergstrom                                                 HOLTZMAN VOGEL BARAN
D.C. Bar. No. 989706                                                 TORCHINSKY & JOSEFIAK, PLLC
ARSENAL ATTORNEYS                                                    2300 N Street NW, Suite 643
4000 Legato Road, Suite 1100                                         Washington, DC 20037
Fairfax, VA 22033                                                    (202) 737-8808 (phone)
(202) 669-0442 (telephone)                                           (540) 341-8809 (facsimile)
(202) 483-9267(facsimile)                                            emwenger@holtzmanvogel.com
gll@arsenalattorneys.com
mjb@arsenalattorneys.com

Kenneth C. Daines
D.C. Bar No. 1600753
Andrew Pardue
D.C. Bar No. 7650715
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(202) 737-8808 (phone)
(540) 341-8809 (facsimile)
*kdaines@holtzmanvogel.com*
*apardue@holtzmanvogel.com*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on this 7th day of July, 2024, a true copy of this Application for a Preliminary Injunction was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by email a notice of docketing activity to all counsel of record.

                */s/ Edward M. Wenger*
                EDWARD M. WENGER
                D.C. Bar No. 1001704