UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TYLER YZAGUIRRE et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 24-cv-1828 (APM) |
| DISTRICT OF COLUMBIA et al., | ) ) ) | |
| Defendants. | ) ) ) | |

# ORDER

Having considered Defendants' Motion to Stay the Case, ECF No. 15, the court believes that a brief stay will benefit the parties and conserve judicial resources, without causing undue harm to Plaintiffs. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The D.C. Circuit historically has resolved cases submitted during a term by the start of the next one. If past is prologue, then *Hanson v. District of Columbia*, No. 23-7061 (D.C. Cir.), very well could be decided in the coming weeks. The parties and the court will benefit from the decision in *Hanson*, as it will be the first D.C. Circuit ruling post-*Bruen*, 597 U.S. 1 (2022), and post-*Rahimi*, 144 S. Ct. 1889 (2024). Forging ahead on Plaintiffs' motion for preliminary injunction only to pause it to allow the parties to supplement their submissions in light of *Hanson* makes little sense. It is better to have their filings developed once precedent is announced in *Hanson*. Moreover, a time-limited pause mitigates the harm Plaintiffs assert a stay will cause.

Accordingly, this matter is hereby stayed until the earlier of August 31, 2024, or the D.C. Circuit panel's ruling in *Hanson*. Within three business days of the stay expiring, the parties shall file a Joint Status Report that proposes a schedule for further proceedings.

Dated: July 29, 2024

                                          Amit P. Mehta
                                          United States District Court Judge