UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYLER YZAGUIRRE**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> Defendants. | No. 1:24-cv-01828-APM |

## ORDER

Upon consideration of Defendants' Partial Motion to Dismiss Plaintiffs' Complaint, Plaintiffs' Opposition, Defendants' Reply, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Second Amendment Institute's and G&D LLC's claims are **DISMISSED** without prejudice; and it is further

**ORDERED** that Tyler Yzaguirre's claims, except his challenge to the denial of a firearm registration certificate for his AR-15, are **DISMISSED** without prejudice.

**SO ORDERED**.

Date: _____

Hon. Amit P. Mehta
United States District Judge