UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADIKA CLEMENDOR,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | No. 1:24-cv-01955-APM |

## ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint (Motion), Plaintiffs' Opposition, Defendants' Reply, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint [1] is **DISMISSED** without prejudice.

**SO ORDERED**.

Date: _____

Hon. Amit P. Mehta
United States District Judge