# EXHIBIT 1

## DECLARATION UNDER PENALTY OF PERJURY OF TIA HAWKINS

Tia Hawkins, under penalty of perjury, deposes and states as follows:

1. My name is Tia Hawkins. I am giving this declaration for submission to the U.S. District Court in the case of Yzaguirre v. District of Columbia.

2. I am an officer of G And D FFL LLC ("G&D"). G&D is a federal firearms licensee organized and doing business in the District of Columbia. G&D is authorized by the Metropolitan Police Department to sell and transfer firearms and ammunition to District residents.

3. District law prohibits G&D from transferring firearms to District residents if those firearms are not registered to the transferee. The District prohibits the transfer of a multitude of firearms which it declares to be "assault weapons." These include all AR-15 platform rifles and similar semiautomatic rifles, and shotguns and pistols having certain characteristics or features specified in the definition of assault weapon. With respect to semiautomatic rifles this would include such rifles with among other things a pistol grip, folding stock, telescoping stock, and flash suppressor.

4. From March 2019, G&D exclusively facilitated firearm transfers. However, stringent modification requirements on guns defined as assault rifles have significantly impacted customer purchasing decisions.

5. Many customers have opted not to purchase and transfer these firearms due to their reluctance to undertake the necessary modifications to make them registerable. This hesitance has led to lost revenue and profits for G&D.

6. During this time, G&D faced the challenging scenario of returning noncompliant firearms to the shipper, creating logistical complications as well as direct revenue loss due to not being able to effect transfers to customers. Because of this we implemented a policy to refuse acceptance of noncompliant "assault weapons" from other FFLs. This policy further restricted our capacity to engage in business transactions and diminished potential revenue and profit streams.

7. In October of 2021, G&D expanded operations to include online firearm sales, presenting a promising opportunity for revenue and profit growth. Nevertheless, this decision introduced new challenges concerning compliance with D.C.'s so-called assault weapons ban.

1

8. During this period, several noncompliant firearms D.C. calls assault weapons were purchased through our online platform. While this presented a significant sales opportunity, it also underscored the complexities of adhering to the assault weapons ban.

9. Although we successfully facilitated modifications necessary for many of these firearms to be registered, the process involved various complications. Numerous customers expressed dissatisfaction with the additional fees associated with ensuring compliance. Consequently, several sales had to be refunded when customers chose not to pay the extra fees required for compliance. This situation not only resulted in lost revenue due to refunds but also adversely affected our customer relationships, as many customers felt disenchanted by the unexpected costs.

10. These challenges have compounded the financial strain on G&D. The anticipated profit from online sales did not materialize as expected, leading to a significant shortfall in revenue projections.

11. Throughout the day, G&D receives numerous inquiries from residents of Washington, D.C., who are eager to purchase what D.C. calls assault weapons through our website. However, when informed about the requisite modifications for regulatory compliance, many residents decline to proceed with their purchases.

12. On average, we field several calls daily from interested customers, indicating a robust demand for such firearms within the community. Unfortunately, upon learning that the average modification cost amounts to approximately $300, many customers ultimately decide against completing their purchases. This financial barrier significantly deters potential buyers, resulting in lost sales and revenue opportunities.

13. The persistent decline in sales attributable to modification costs has demonstrably impacted our revenue and profits. The combination of lost inquiries and refunds from online sales creates a compounded effect, leading to a notable reduction in our anticipated profit margins.

14. Aside from the financial challenges G&D faces, it is important to note there is substantial community support reflecting a desire for more flexible firearm purchasing options for D.C. residents.

15. We have collected a signed petition containing 202 names so far from D.C. residents, most of whom are already registered firearm owners in the District. This petition articulates a collective interest in purchasing firearms D.C. labels as assault weapons, most notably AR-15s and variants, without the obligation to modify them for compliance with the current regulations.

16. The overwhelming response from the community highlights not only a demand for common firearm such as AR-15s, but also a pronounced dissatisfaction with the current modification requirements. This indicates that many residents are willing to engage in responsible firearm ownership and are eager to exercise their rights without unnecessary impediments.

17. The existence of this petition underscores the potential for increased sales and revenue and enhanced customer satisfaction if so-called assault weapon restrictions were to be relaxed or eliminated. It reflects a market opportunity that G&D is currently unable to exploit due to existing regulatory constraints.

The above statement, given under penalty of perjury, is true and correct to the best of my knowledge and belief.

Dated: February 17th, 2025

_____
Tia Hawkins

3