UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYLER YZAGUIRRE**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | No. 1:24-cv-01828-APM |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Andrew B. Pardue and Kenneth C. Daines formerly of the Law Firm Holtzman Vogel Baran Torchinsky & Josefiak PLLC and hereby moves the Court for an order allowing them to withdraw as counsel as Mr. Pardue and Mr. Daines have left the firm and will no longer be representing Plaintiffs. Attorneys Edward M. Wenger and George L. Lyon , Jr., will continue to serve as counsel of record for the Plaintiffs.

WHEREFORE, Andrew B. Pardue and Kenneth C. Daines pray this Honorable Court grant their motion and issue an order permitting their withdrawal as counsel of record.

Dated March 6, 2025                                                    Respectfully submitted,

/s/ Edward M. Wenger
Edward M. Wenger [1001704]
Holtzman Vogel Baran Torchinsky
& Josefiak, PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808
emwenger@holtzmanvogel.com

/s/ Andrew B. Pardue
Andrew Pardue [7650715]

/s/ Kenneth C. Daines
Kenneth C. Daines [1600753]

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 6th day of March, 2025, a true copy was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by email a notice of docketing activity to all counsel of record.

*/s/ Edward M. Wenger*
EDWARD M. WENGER
D.C. Bar No. 1001704