**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TYLER YZAGUIRRE,** *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **No. 1:24-cv-01828-APM** |
| **DISTRICT OF COLUMBIA,** *et al.*, | |
| **Defendants.** | |

## ORDER

Upon consideration of Defendants' Consent Motion to Stay the Case (Motion), Plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the case is **STAYED** pending the Supreme Court's resolution of *Viramontes v. Cook County*, No. 25-238, and *Grant v. Higgins*, No. 25-566; and it is further

**ORDERED** that, no later than 30 days from the Supreme Court's issuance of an opinion in *Viramontes* and *Grant*, the Parties are directed to meet and confer and file a joint status report proposing next steps in this case in light of the Supreme Court's decision.

**SO ORDERED**.

Date:   July 22, 2026

Hon. Amit P. Mehta
United States District Judge